COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

**ADD ON**

DEFT: NAPOLEAN RAGLUND (J)  CASE NO: 00-6007-CR-Dimitrouleas

AUSA: Ed Ryan *present*  ATTNY: Tim Day

AGENT: DEA  VIOL: 21:846; 841(a)(1), 18:2

PROCEEDING: I/A on Sealed Indictment  BOND REC: PTD

COUNSEL APPOINTED: FPD

BOND HEARING HELD - yes/no

___ BOND SET @ ___

FILED by ___ D.C.
JAN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___
___ Electronic Monitoring ___

Unsealed in open Ct.
Order signed
∆-advised of charges
∆-sworn for counsel

No plea
SDO issued
Jury trial demanded

∆-arraigned

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:

INQUIRY RE COUNSEL: ___
(PTD)/BOND HEARING: 1-25-00  10:00  BSS
PRELIM/ARRAIGN. OR REMOVAL: 2-4-00  11  SNOW
STATUS CONFERENCE: ___ Noon  TAPE # 00-004  PG # 6

DATE: 1-20-00  TIME: Noon

1955-2152
Recall 2306-2400