```
                                        UNITED STATES DISTRICT COURT

                                        SOUTHERN DISTRICT OF FLORIDA

                                        CASE NO. 00-6007-CR-DIMITROULEAS
UNITED STATES OF AMERICA

     vs

NAPOLEAN RAGLUND                        ARRAIGNMENT INFORMATION SHEET
```

[FILED stamp: JAN 20 00, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on JANUARY 20, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: _In Custody_

Telephone: _____

**DEFENSE COUNSEL:**  Name: _FPD_

Address: _____

Telephone: _____

**BOND SET/CONTINUED:** $_____

Bond hearing held: yes____ no _X_  Bond hearing set for _1-25-00_

Dated this _20TH_ day of _JANUARY_, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _[signature]_
Deputy Clerk

Tape No. 00-_004_

cc: Copy for Judge
    U. S. Attorney

