AO 442 (Rev 12/85) Warrant for Arrest  AUSA EDWARD RYAN   SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

NAPOLEAN RAGLUND

## WARRANT FOR ARREST

CASE NUMBER: 00-6007-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __NAPOLEAN RAGLUND__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with Intent to Distribute Crack Cocaine and Possession with Intent to Distribute Crack Cocaine,

in violation of Title 21:18 United States Code, Section(s) 846; 841(a)(1); 2.

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention Requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED 1/13/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 1/20/2000 | FOR: DEA | Fred DePompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____NAPOLEAN RAGLUND_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____