COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Napoleon Raglund (J)#   CASE NO: 00-6007-CR-Dimitrouleas
AUSA: Ed Ryan *present*   ATTNY: FPD Pat Hunt for Sam Smargon
AGENT: ___   VIOL: ___
PROCEEDING: PTD Hearing   BOND REC: ___
BOND HEARING HELD – yes/**no**   COUNSEL APPOINTED: ___
BOND SET @ $250,000 Corp. Surety w/ Nebbia
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring ___

FILED JAN 25 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

1 – No Bond Hrg. held

Both sides stipulate to a Corporate surety w/ nebbia, both sides reserving right to proceed w/ a PTD hearing at a later date.

NEXT COURT APPEARANCE: ___  DATE: ___  TIME: ___  JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 1-25-00   TIME: 11:00am ~~10:00am~~   TAPE # 00-008   PG # 3

123 – 214