UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6007-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

NAPOLEAN RAGLUND,

Defendant.

_____/

## STATUS REPORT

A status conference was held in this cause on February 4, 2000. At that conference, the parties informed the Court as follows:

1.      The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government further represented that it is ready to proceed.

2.      Defense counsel informed the Court that he has received the Government's discovery response and that this matter may ultimately be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this ____ day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

1



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Ed Ryan, Esquire
Assistant United States Attorney

Sam Smargon, Esquire
Assistant Federal Public Defender
Attorney for Defendant