# COURT MINUTES

## U. S. MAGISTRATE JUDGE **BARRY S. SELTZER** - FT. LAUDERDALE, FLORIDA

DEFT: NAPOLEAN RAGLUND (no deft)    CASE NO: 00-6007-CR-DIMITROULEAS
AUSA: ED RYAN / Stuart    ATTY: AFPD SAM SMARGON  pres
AGENT: _____    VIOL: _____
PROCEEDING STATUS CONFERENCE    RECOMMENDED BOND _____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____

*FILED FEB - 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

___ BOND SET @ _____
___ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Disc out - possible plea

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:

Date: 2-4-00    Time: 11:00    FTL/BSS TAPE #00- 011    Begin: 2033    End: 2054

