ERR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6007-CR-DIMITROULEAS/Snow

UNITED STATES OF AMERICA,

vs.

NAPOLEAN RAGLUND

## GOVERNMENT'S FIRST SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Supplemental Discovery Response pursuant to the Standing Discovery Response issued in this case.

C., D., E. Attached, please find copies of the plea agreements, informations and NADDIS print-outs for Brian Smith and Demetrius Lightfoot. One or both of these individuals may be witnesses for the government in the above captioned case.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN (Court Bar # A500053)
ASSISTANT U.S. ATTORNEY
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3514
Facsimilie (954) 3456-7228
E-Mail Address:
(Edward.Ryan@justice.usdoj.gov)



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this _15_ day of February 2000, to: Samuel Smargon, 101 NE 3rd Avenue, #202, Fort Lauderdale, FL 33301.

_____
EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY