# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
FEB 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6007-CR-WPD   DATE: February 18, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Napoleon Raymond

U.S. ATTORNEY: Edward Ryan   DEFT. COUNSEL: Sam Smargon, NFPD

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Case to be resolved by way of change plea.

All time from today until 3/3/00 deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 3/3/00   TIME: 9:00   FOR: Change of plea or Calendar Call

MISC: 3/6/00 @ 9:00 for trial period

