FILED by _____ D.C.

FEB 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                                CASE NO. 00-6007-CR-DIMITROULEAS

        Plaintiff,

vs.
                                                         **ORDER GRANTING CONTINUANCE**

NAPOLEAN RAGLUND
        Defendant.

_____/

        This matter having come before the Court on defendant's February 18, 2000 Motion to

Continue.  After due consideration, it is

        ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial

calendar commencing March 6, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may

be called.  **Counsel and Defendant shall report to a Calendar Call** to be held on **March 3,**

**2000, at 9:00** A.M. o'clock; it being further

        ORDERED that the period from the date of this order to the time of trial shall be deemed

excludable in computing the time within which the trial of this case must commence pursuant to

Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by

continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

        DONE AND ORDERED this ___18___ day of February, 2000.

                                        _____
                                        WILLIAM P. DIMITROULEAS
                                        United States District Court Judge
                                        Southern District of Florida

cc:     Edward Ryan, AUSA
        Samuel Smargon, AFPD

