# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
MAR 03 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6007-CR-WPD    DATE: March 3, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Napolean Ragland

U.S. ATTORNEY: Ed Ryan    DEFT. COUNSEL: Ana Davazgn, AFPD

REASON FOR HEARING: Calendar call / Status conf.

RESULT OF HEARING: Dft's M/Continue granted. Case to be resolved by way of plea. Court resets hearing and time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 3/17/00    TIME: 9:00    FOR: CC
MISC: 3/20/00    9:00    trial period.

