# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _MC_ D.C.
MAR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6007-CR-WPD   DATE: March 17, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Napolean Ryland

U.S. ATTORNEY: Ed Ryan   DEFT. COUNSEL: Dan Smarga

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty plea to Count 2. Court accepts Guilty plea. Gvt agrees to Dismiss Count 1 @ Sentencing

JUDGMENT: _____

CASE CONTINUED TO: 5/26/00   TIME: _____   FOR: Sentencing

MISC: Written plea agreement filed.

