## CRIMINAL MINUTES

MAY 26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6007-CR-WPD    DATE: May 26, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Napoleon Reflund

U.S. ATTORNEY: Wendy Hurwitz    DEFT. COUNSEL: Samuel Smargon

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Deft's motion to continue w/ granted. Sentencing reset.

JUDGMENT: _____

CASE CONTINUED TO: 6/2    TIME: 11:30    FOR: Sentencing

MISC: _____