**CRIMINAL  MINUTES**

JUN

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6007-Cr-WPD    DATE: June 2, 2000

COURTROOM CLERK:  Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. _Napolean Ragland_

U.S. ATTORNEY: _Ed Ryan_    DEFT. COUNSEL: _Ben Sovereign_

REASON FOR HEARING: _Sentencing_

RESULT OF HEARING: _Sentence Imposed:_
_108 months BOP, 5 years_
_Supervised Release, no fine, $100 Assessment_
_____
_____
_____

JUDGMENT: _____
_____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _Court Grants deft's m/downward departure because_
_Criminal history category represents defts prior record._
_Deft Informed of Right to Appeal._