UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6007-CR-DIMITROULEAS

UNITED STATES OF AMERICA, )
                          )
vs.                       )
                          )
NAPOLEAN RAGLUND,         )
                          )
          Defendant.      )
_____)

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE BASED ON DEFENDANTS SUBSTANTIAL ASSISTANCE

Pursuant to F.R.Cr. P 35(b), the United States of America moves for a reduction of

Napolean Raglunds' sentence, based on the substantial assistance in the investigation and

prosecution of others involved in criminal activity, including drug trafficking. The information

provided by the defendant has been truthful and reliable. The defendant has provided assistance

in a timely manner. The United States will make the full nature and extent of Defendant's

cooperation known at a hearing on this matter.

However, such assistance is not complete at this time and will not be complete for several

months. It is respectfully submitted that this Court hold this motion without ruling until further



notice from the government so that the defendant's assistance may be completed.

Respectfully submitted,

GUY A LEWIS
UNITED STATES ATTORNEY

By: _____

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Bar# A500053
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL. 33394
Telephone: (954) 356-7255
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7

day of June, 2001 to: Samuel Smargon, AFPD 101 N.E. 3rd Ave., Suite 202, Ft. Lauderdale, FL.

33301.

_____

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY