May 22, 2002.




Hon. U.S. District Judge **William P. Dimitrouleas**
U.S. District Court
299 East Broward Blvd.
Fort Lauderdale, Florida 33301

**REF: U.S. vs. RAGLUND, CR.NO. 00-6007-CR-DIMITROULEAS**

Honorable Judge:

I hope this letter finds you and your loved ones in the best of health. The reason for this letter is to respectfully request that you decide the matter involving the Government's Motion for Reduction of Sentence based on Defendant's Substantial Asistance filed on or about June 8, 2001, just a little under a year ago by the Assistant U.S. Attorney Mr. Edward R. Ryan.

To the best of my recollection, the Government has completed its use of my information and I personally feel this would be a good opportunity to bring closure to the pending matter of my Rule 35 Motion.

I would greatly appreciate if your Honor may look into this matter and advise me at your earliest of your decision in the ruling.

Awaiting your expedient and prompt response, I remain respectfully yours,

Napolean Raglund
55153-004
Federal Prison Camp
P.O. Box 725
Edgefield, SC 29824-0725

34



Napoleon Ragland 55153-004
D-3 348
Satellite Prison Camp
P.O. Box 725
Edgefield, SC. 29824

CERTIFIED MAIL

7001 0320 0005 4687 8421

JUDGE'S CHAMBER
U.S. DISTRICT COURT
HON. WILLIAM DIMITROULEAS
299 EAST BROWARD BLVD.
FORT LAUDERDAL, FL 33301

Federal Prison
PO Box 723
Edgefield, SC 29824

enclosed letter was processed through
cial mailing procedures for forwarding to
The letter has been neither opened or
...ted. If the writer raises a question or
problem over which the facility has
jurisdiction, you may wish to return the
material for further information or
clarification. If the writer encloses
... for forwarding to another
addressee, please return the enclosure to the
above address.

Initials ______ Date 5/22/02

U.S. ... Service
Contents X-RAYED
Post 1

UNITED WE STAND
UNITED WE STAND