UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　　CASE NO. 00-6007-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

NAPOLEAN RAGLUND,

　　　　Defendant.
_____/

FILED by _____ D.C.
MAY 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court upon Defendant's <u>pro se</u> May 22, 2002 request for a ruling on the Government's June 7, 2001 Motion For Reduction of Sentence [DE-33], the Court will defer ruling for five (5) days to await a response from the Government.

　　　　DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 28 day of May, 2002.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Napolean Raglund, #55143-004
c/o Federal Prison Camp
P.O. Box 725
Edgefield, S.C. 29824-0725

Sam Smargon, AFPD

Edward Ryan, AUSA

