UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6007-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

NAPOLEAN RAGLUND,

           Defendant.
_____/

FILED BY _____ D.C.

JUN 1 7 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### NOTICE TO COURT

The United States of America, by and through its undersigned Assistant United States

Attorney, hereby responds to defendant's letter to this Honorable Court dated May 22, 2002.

Defendant's cooperation is on-going. On June 13, 2002, search warrants were executed based, in

part, on information provided by defendant. The undersigned expects that an indictment and

arrests will follow which will likely require the testimony of the defendant. The United States

asks that this Court defer any action at this time. The undersigned assures this Court that the

undersigned will fully advise the Court of defendant's cooperation when it is complete.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

              By:       _____

                        EDWARD R. RYAN
                        ASSISTANT UNITED STATES ATTORNEY
                        Court # A00053
                        500 E. Broward Blvd., Suite 700
                        Ft. Lauderdale, FL. 33394
                        Telephone (954) 356-7255



<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _17th_

day of June 2002 to Samuel Smargon, 1 E. Broward Blvd., Suite 1100 Ft. Lauderdale, FL. 33301.

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY