UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

NAPOLEAN RAGLUND,

       Defendant.

_____/

CASE NO.  00-6007-CR-DIMITROULEAS



FILED by _____ D.C.

JUN 18 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE is before the Court upon Defendant's pro se May 22, 2002 request for a ruling on the Government's June 7, 2001 Motion For Reduction of Sentence [DE-33] and the Court having considered the Government's June 17, 2002 Response [DE-36], the request for a ruling is Denied, without prejudice to renew.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Napolean Raglund, #55143-004
c/o Federal Prison Camp
P.O. Box 725
Edgefield, S.C.  29824-0725

Sam Smargon, AFPD

Edward Ryan, AUSA

