UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　　CASE NO. 00-6007-CR-DIMITROULEAS

　　　Plaintiff,

vs.

NAPOLEAN RAGLUND,

　　　Defendant.
_____/



### ORDER

THIS CAUSE is before the Court upon defense counsel's representation that the Government's June 7, 2001 Motion For Reduction of Sentence [DE-33] is ripe for ruling. The Court sets a hearing for July 31, 2003 at 10:00 A.M.

The Government shall secure whatever writs or orders are necessary to obtain Defendant's presence for the hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _16_ day of June, 2003.

　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Napolean Raglund, #55143-004
c/o Federal Prison Camp
PO Box 725
Edgefield, SC 29824-0725

Sam Smargon, AFPD
Edward Ryan, AUSA

