# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

JUL 31 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.

CASE NUMBER: _00-6007-CR-WPD_     DATE: _July 31, 2003_

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS. _Napoleon Raglund_

U.S. ATTORNEY: _Ed Ryan_     DEFT. COUNSEL: _Peni Smargon_

REASON FOR HEARING: _Rule 35 Motion to Reduce_

RESULT OF HEARING: _Gvt's motion is granted. Sentence reduced to 71 months BOP. All other aspects of sentence to remain the same._

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: _____

