UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　CASE NO. 00-6007-CR-DIMITROULEAS
　　　　Plaintiff,

vs.

NAPOLEAN RAGLUND
　　　　Defendant.

### ORDER

THIS CAUSE having been heard before the Court on July 31, 2003 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of imprisonment previously imposed is reduced to 71 Months. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31 day of July, 2003.

　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
Edward Ryan, AUSA
Samuel Smargon, AFPD
U.S. Probation Office
U. S. Marshal (3 certified copies)