PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 62493



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>0:00CR06007-001</u>

**PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION**

Name of Offender: Napolean Raglund

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge, U.S. District Court, Ft. Lauderdale, Florida.

Date of Original Sentence: June 2, 2000

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute "Crack" Cocaine, 21 U.S.C. § 841(a)(1), a class B felony. |
| Original Sentence: | One hundred eight months (108) months reduced to seventy-one (71) months on July 31, 2003 via Rule 35, custody of the Bureau of Prisons followed by five (5) years supervised release. Special conditions: Participate in an approved treatment program for drug and/or alcohol abuse. |

Type of Supervision: Supervised Release         Date Supervision Commenced: January 7, 2005

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation
Number</u>   <u>Nature of Noncompliance</u>

1.   **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about March 25, 2005, the defendant was charged in the 17th Judicial Circuit Court, Broward County, Florida with Grand Theft in the Third Degree, contrary to Florida Statute 812.014(2)(C).



PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 62493

2. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about June 7th and June 14th, June 21st and June 27th 2005, the defendant submitted urine specimens which tested positive for the presence cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Inc. Confirmation remains pending on speciment submitted on June 27th. On June 21, 2005, the defendant signed an Admission of Drug Use Form admitting that he used cocaine on June 3rd, June 10th and June 17th 2005.

3. **Violation of Mandatory Condition**, by failing to submit to drug testing. On June 13, 2005, the defendant failed to submit to drug testing as scheduled by Code-A-Phone.

U.S. Probation Officer Recommendation:

- [X] The term of supervision should be
- [X] revoked.
- [ ] extended for _ years, for a total term of _ years.
- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1st day of July 2005

Diane Acquaviva  
U.S. Probation Officer  
Phone: (954) 769-5573

THE COURT ORDERS:

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

July 7, 2005  
Date