UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA    )   Case Number: CR 00-6007-CR-DIMI
           Plaintiff        )
                            )   REPORT COMMENCING CRIMINAL
    -vs-                    )   ACTION
  Napoleon RAGLAND          )
                            )   55153-004
           Defendant            USMS NUMBER

*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          FT. PIERCE
                        (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: __8:30__ (am)/pm

(2) Language Spoken: __English__

(3) Offense(s) Charged: __PROB VIOL__

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: __08/25/1972__

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: __S/FL__

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: __Self-Surrender__

(8) Date: __7/13/05__   (9) Arresting Officer: __R_Filo__
(10) Agency: __USM__              (11) Phone: __954 356-7256__

(12) Comments: _____