## COURT MINUTES

## U.S. MAGISTRATE JUDGE EDWIN G. TORRES - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | NAPOLEAN RAGLUND (J#55153-004) | CASE NO: | 00-6007-CR-DIMITROULEAS |
| AUSA: | MARC ANTON  *pres* | ATTY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | I/A VIOL. SUPERVISED RELEASE | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: $100,000 PSB | | To be cosigned by: | FPD |

FILED by _ D.C.
MAG. SEC
JUL 1 3 2005
CLARENCE MADDOX
CLERK CT.
S.D. OF FLA. FT. LAUD.

- ☒ Do not violate any law.
- ☒ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.    Not Prob.
- ☒ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☒ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☒ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☒ Curfew: 6:30pm to 6:30am
- ☒ Travel extended to: SD/FL
- ☐ Halfway House _____

Handwritten notes:
D) advised of charges
D) requests appt of counsel
D) sworn for appt. Court appts FPD. Gov hasn't spoken with Probation Officer (not present in court)
D) requests Bond hrg + proceeds by proffer. Court accepts Bond. Final hrg before Judge Dimitrouleas

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 7/13/05   TIME: 11:00   FTL/BSS TAPE # 05- 67   Begin: 477   End: 817

45