UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6007-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

NAPOLEAN RAGLUND

FILED by _____ D.C.
MAG. SEC.
JUL 1 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

O R D E R

__X__/ Appointing Counsel
_____/ Ratifying Prior Service
_____/ Extending Appointment
       for Appeal
_____/ Substituting Counsel

_____
(prior counsel)

CHARGE: __Violation Supervised Release_____
   _x_/Felony          ____/Misdemeaner

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

   Federal Public Defender
   1 E. Broward Boulevard, Suite 1100
   Ft. Lauderdale, FL   33301
   Phone: 954/356-7436

   DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of July, 2005.

                                    _____
                                    EDWIN G. TORRES
                                    UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services