UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6007-CR-DIMITROULEAS

UNITED STATES OF AMERICA,   :

      Plaintiff,   :

vs.   :

NAPOLEAN RAGLUND,   :

      Defendant.   :

_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender

specified below.  Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida  33301
(954) 356-7436
(954) 356-7556 (fax)
Samuel_Smargon@fd.org



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

_13_ day of July, 2005 to the United States Attorney's Office, 299 E. Broward Blvd., Fort

Lauderdale, Florida  33301 and to Ms. Diane Acquaviva, United States Probation Office, 6100

Hollywood Blvd., Suite 501, Hollywood, Florida  33024.

Samuel J. Smargon

J.\Raglund, Napolean Reg55153-004\Pleadings\ASSIGN