FILED by ___ D.C.
JUL 18 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V. CASE NO. 00-6007-CR-DIMITROULEAS

NAPOLEAN RAGLUND

TYPE OF CASE: CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

**COURTROOM 205B**
DATE & TIME:
**August 5, 2005 at 10:30 AM**

TYPE OF HEARING: Status Conference on Supervised Release Violation

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: July 18, 2005

cc: Marc Anton , AUSA
Samuel Smargon, AFPD
US probation

49