# CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6007-CR   DATE: 8-5-05

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA vs. Napolean Raglund

U.S. ATTORNEY: Marc Anton   DEFT. COUNSEL: Pat Hunt

REASON FOR HEARING: Status on S.R. violation

RESULT OF HEARING: Def denies allegations Court sets hearing for 8-18-05 @ 8:45 Am

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

