UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6007-CR-DIMITROULEAS

NAPOLEAN RAGLUND,

TYPE OF CASE:   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

**COURTROOM 205B**
DATE & TIME:
**August 18, 2005 AT 8:45 AM**

TYPE OF
HEARING:   FINAL HEARING ON VIOLATION OF
SUPERVISED RELEASE

CLARENCE MADDOX,
CLERK OF COURT

*(signature)*
BY DEPUTY CLERK

DATE: August 5, 2005

cc:   Marc Anton, AUSA
Samuel Smargon, Esq.
U.S. Probation
U.S. Pretrial Services