UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG 15 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                    CASE NO. 00-6007-DIMITROULEAS

NAPOLEAN RAGLUND

TYPE OF CASE:                         CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                  **COURTROOM 205B**
FT. LAUDERDALE, FL 33301              DATE & TIME:
                                      **August 18, 2005 at 3:00 PM**

                                      (Previously set for August 18, 2005 at 8:45)

TYPE OF
HEARING:        Final Hearing on Supervised Release Violation

                                      CLARENCE MADDOX,
                                      CLERK OF COURT

                                      BY DEPUTY CLERK

DATE: August 15, 2005

cc:   Marc Anton, AUSA
      Samuel Smargon, AFPD
      U.S. Probation