# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _HL_ D.C.
AUG 18 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6007-CR-WPD      DATE: August 18, 2005

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Napolean Breland

U.S. ATTORNEY: Marc Osten      DEFT. COUNSEL: Neison Marks

REASON FOR HEARING: Final Revocation / Evidentiary hearing

RESULT OF HEARING: a supervised Release violation

Deft not present. Arrest warrant to issue.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

