CR 12 (Rev. 9/82)

# WARRANT FOR ARREST

### United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NAPOLEAN RAGLUND | **DISTRICT**: SOUTHERN DISTRICT OF FLORIDA |
| | **DOCKET NO.** 00-6007-CR-WPD    **MAGISTRATE CASE NO.** |
| | **NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED** |
| **WARRANT ISSUED ON THE BASIS OF:**<br>☒ Order of Court<br>☐ Indictment   ☐ Information   ☐ Complaint | |
| **TO:** UNITED STATES MARSHAL | **DISTRICT OF ARREST**<br>**CITY** |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FAILURE TO APPEAR AT FINAL HEARING ON SUPERVISED RELEASE VIOLATION

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| **BAIL FIXED BY COURT** | **OTHER CONDITIONS OF RELEASE** | |

| ORDERED BY<br>WILLIAM P. DIMITROULEAS<br>UNITED STATES DISTRICT JUDGE | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE<br>August 18, 2005 |
|---|---|---|
| CLERK OF COURT<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE ISSUED<br>August 18, 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8/8/05 | NAME AND TITLE OF ARRESTING OFFICER<br>Christina Pharo, US Marshal<br>S/D FL | SIGNATURE OF ARRESTING OFFICER<br>Sabrina Livingston, ASDUSM |
|---|---|---|
| DATE EXECUTED<br>9/2/05 | | |

[1] United States Judge or Judge of a State Court of Record