FILED by ___ D.C.
2005

# UNITED STATES DISTRICT COURT
*Southern District of Florida*

UNITED STATES OF AMERICA ) Case Number: CR **00-6007cr Dimitrouleas**
Plaintiff )
)  REPORT COMMENCING CRIMINAL
-vs- )  ACTION
**Ragland, Napolean** )
Defendant   **55153004**
USMS NUMBER

*************************************************

TO: Clerk's Office   MIAMI   **FT. LAUDERDALE**   W. PALM BEACH
U.S. District Court           FT. PIERCE
(circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE.

*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **12:00**   am/**pm**

(2) Language Spoken: **English**

(3) Offense(s) Charged: **Probation Violation**

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: _____

(6) Type of Charging Document: (check one)
[ ] Indictment   [ ] Complaint to be filed/already filed
Case# **00-6007 cr Dim**

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[X] Parole Violation Warrant

Originating District: **S/FL**

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **9/2/05**   (9) Arresting Officer: **B. Golden**
(10) Agency: **USMS**   (11) Phone: **9543567256**
(12) Comments: _____