## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

**DEFT:** NAPOLEAN RAGLAND (J)#      **CASE NO:** 00-6007-CR-WPD

**AUSA:** Marc Anton *present*      **ATTY:** FPD: Neison Marks / *Pat Hunt*

**AGENT:** USPO: Diane Acquaviva *present*      **VIOL:** BOND VIOLATION (Supervised Release matter)

**PROCEEDING:** INITIAL APPEARANCE ON BOND VIOLATION      **RECOMMENDED BOND:** *No Bond*

**BOND HEARING HELD - yes** ✓      **COUNSEL APPOINTED:** _____

**BOND SET @:** $200,000 CSB w/Nebbia      **To be cosigned by:** _____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Judge Torres set bond. Defendant failed to appear for final revocation hearing before Judge Dimitrouleas.

*Δ - does not contest bond violation. A no bond hrg held. Both sides stip to a $200,000 CSB w/Nebbia, reserving right to a PTD hrg at a later date*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

*Final revocation before WPD*

**DATE:** 9-6-05    **TIME:** 11:00am    **FTL/LSS TAPE #** 05-053    **Begin:** 232    **End:** 5

