UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6007-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

NAPOLEAN RAGLUND,  :

    Defendant.  :
_____/



## NOTICE OF REASSIGNMENT

The above captioned case has been reassigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By: _____
    Samuel J. Smargon
    Assistant Federal Public Defender
    Florida Bar no. 150230
    1 E. Broward Boulevard
    Suite 1100
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)
    Samuel_Smargon@fd.org



## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 8 day of September, 2005 to Marc Anton, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Ms. Diane Acquaviva, United States Probation Office, 6100 Hollywood Blvd., Suite 501, Hollywood, Florida 33024.

Samuel J. Smargon

J:\Raglund, Napolean Reg55153-004\Pleadings\Reassign.02.wpd