UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
SEP 14 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                               CASE NO. 00-6007-CR-DIMITROULEAS

NAPOLEAN RAGLUND

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                **COURTROOM 205B**
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                    **September 15, 2005 at 10:00 AM**

TYPE OF
HEARING:    Final Revocation/Sentencing on Supervised Release Violation

                                    CLARENCE MADDOX,
                                    CLERK OF COURT

DATE: September 14, 2005                     BY DEPUTY CLERK

cc:   Marc Anton, AUSA
      Samuel Smargon, AFPD
      Diane Acquaviva, USPO