# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
SEP 15 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6007-CR-WPD    DATE: September 15, 2005

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Diane Acquaviva    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Napolean Riggenal

U.S. ATTORNEY: Marc Osborne    DEFT. COUNSEL: Jan Smoger

REASON FOR HEARING: Final Revocation/Sentencing

RESULT OF HEARING: Supervised Release Violation. Deft admits allegations. Court adjudicates deft guilty. Supervised Release is revoked. Deft is sentenced to 21 months BOP. No further conditions of supervised release are imposed. Court recommends designation to a South Florida facility.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Deft informed of Right to Appeal.

