00 2R 6007

A9

USA
JS
Napolean Ragland

Defendant delivered 11-23-2005 to
Jose M. Vazquez, Warden@
Jesup, GA Cmdens
Legal Fed

cc:    Marc Anton, AUSA
       Samuel Smargon, AFPD
       U.S. Probation
       U.S. Marshal