UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-23236-MC-LENARD/O'SULLIVAN

In re: Application of

MARIA FERNANDA RIGAIL PONS,

Pursuant to 28 U.S.C. § 1782
For Judicial Assistance in Obtaining
Evidence for Use in
Foreign Proceedings,

    Applicant.
_____/

## ORDER

THIS CAUSE is before the Court upon the Putative Intervenors' Unopposed Motion for a Brief Enlargement of Time to File Its [sic] Reply in Support of Its [sic] Motion to Intervene and Motion for Enlargement of Time to Respond to Applicant's Motion for Leave to Issue Additional Subpoenas (DE# 76, 7/20/20) and the putative Intervenors' Motion for an Additional Brief Enlargement of Time to File Its [sic] Response to Applicant's Motion for Leave to Issue Additional Subpoenas (Opposed) (DE# 77, 7/20/20). Having reviewed the motions and being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Putative Intervenors' Unopposed Motion for a Brief Enlargement of Time to File Its [sic] Reply in Support of Its [sic] Motion to Intervene and Motion for Enlargement of Time to Respond to Applicant's Motion for Leave to Issue Additional Subpoenas (DE# 76, 7/13/20) is DENIED as moot.  The subject motion (DE# 76, 7/20/20) appears to be identical to one filed on July 13, 2020 (DE# 71), which was granted and provided an extension through July 20, 2020 (DE# 72, 7/13/20).  Additionally, the putative intervenors filed their Reply in Support of Intervenors' Motion to Intervene (DE# 75, 7/20/20) within the requested extension and thus, a further extension is moot.  It is further

ORDERED AND ADJUDGED that the putative Intervenors' Motion for an Additional Brief Enlargement of Time to File Its [sic] Response to Applicant's Motion for Leave to Issue Additional Subpoenas (Opposed) (DE# 77, 7/20/20) is GRANTED.  The

putative intervenors shall have an additional five (5) business days, up to and including July 27, 2020, to file their reply in support of their response to the applicant's motion for leave to issue additional subpoenas (DE# 60, 6/15/20).

      DONE AND ORDERED at the United States Courthouse, Miami, Florida this 20th day of July, 2019.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE